IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-0659-REB-BNB

DIAMOND STATE INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

MEHAFFY, BRUBAKER & ERNST, LLC, f/k/a MARTIN & MEHAFFY, LLC, a Colorado limited liability corporation;
DONALD HUMPHREY, an individual residing in Colorado;
JANA CARROLL, and individual residing in Colorado; and
MICHAEL CARROLL, an individual residing in Colorado,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On November 28, 2005, the plaintiff filed the following: 1) an **Unopposed Motion for Dismissal of Defendants Jana and Michael Carroll with Prejudice** [#30]; and 2) an **Unopposed Motion for Dismissal of Defendant Donald Humphrey with Prejudice** [#31].   After careful review of the motions and the file, the court has concluded that the motions should be granted and that plaintiff's claim against defendants Donald Humphrey, Jana Carroll, and Michael Carroll should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion for Dismissal of Defendants Jana and Michael Carroll with Prejudice** [#30] filed November 28, 2005, **IS GRANTED;**

    2.  That the **Unopposed Motion for Dismissal of Defendant Donald Humphrey with Prejudice** [#31] filed November 28, 2005, **IS GRANTED**;

    3.  That plaintiff's claim against defendants Donald Humphrey, Jana Carroll, and Michael Carroll **IS DISMISSED WITH PREJUDICE**;

    4.  That the affected parties shall pay their own attorney fees and costs; and

    5.  That defendants Donald Humphrey, Jana Carroll, and Michael Carroll are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated November 29, 2005, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Robert E. Blackburn
                                          Robert E. Blackburn
                                          United States District Judge