IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-0659-REB-BNB

DIAMOND STATE INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

MEHAFFY, BRUBAKER & ERNST, LLC, f/k/a MARTIN & MEHAFFY, LLC, a Colorado limited liability corporation;

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On February 21, 2006, the parties filed a **Stipulation for Dismissal With Prejudice** [#42]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#42], filed on February 21, 2006, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for September 21, 2007, is **VACATED**; and

    4.  That the jury trial set to commence October 8, 2007, is **VACATED**.

Dated February 21, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**